James Banda, Inc., Appellant, *v.* R & F Construction, Inc., et al.

Rome Electric Co., Appellant, *v.* R & F Construction, Inc., et al.

Argued November 16, 1974. *John D. Finnegan,* with him *Martin and Finnegan,* for appellants; *Louis Vaira,* with him *Erik F. Lawson, Jr.,* for appellee.

Order in both appeals affirmed.

## Keck *v.* Black, Appellant.

Before Louik, J.

Argued November 13, 1974. *Richard F. Pohl,* with him *Cauley, Birsic & Conflenti,* for appellant; *Clyde T. MacVay,* with him *Evans, Ivory & Evans,* for appellee.

Judgment affirmed.

Kochirka et al., Appellants, *v.* General Elevator Co., Inc., et al.

Argued November 11, 1974. *William S. Hays,* for appellants; *John W. Jordan, IV,* with him *Harry W. Miller,* and *Thomson, Rhodes & Grigsby,* for appellee.

Order and judgment affirmed.